139 So. 925

**Will TILLER v. STATE.**

8 Div. 310.

Court of Appeals of Alabama.
Feb. 2, 1932.

SAMFORD, J.
Appeal dismissed.

141 So. 926

**Floris TITTLE v. STATE.**

6 Div. 258.

Court of Appeals of Alabama.
May 10, 1932.

RICE, J.
Affirmed.

148 So. 926

**Loris TITTLE v. STATE.**

6 Div. 473.

Court of Appeals of Alabama.
May 16, 1933.

BRICKEN, Presiding Judge.
Affirmed.

139 So. 925

**R. C. TITTLE v. STATE.**

6 Div. 217.

Court of Appeals of Alabama.
Jan. 12, 1932.

Rehearing Stricken Feb. 2, 1932.

SAMFORD, J.
Affirmed.

139 So. 925

**Robert TONEY v. CITY OF HUNTSVILLE.**

8 Div. 446.

Court of Appeals of Alabama.
Jan. 21, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

144 So. 927

**Isom TOUCHSTONE v. STATE.**

1 Div. 107.

Court of Appeals of Alabama.
Nov. 22, 1932.

BRICKEN, P. J.
Appeal dismissed.

139 So. 925

**John William TOWNLEY v. STATE.**

8 Div. 388.

Court of Appeals of Alabama.
Feb. 2, 1932.

SAMFORD, J.
Affirmed.

145 So. 925

**Ex parte TOWN OF OXFORD.**

7 Div. 965.

Court of Appeals of Alabama.
Jan. 10, 1933.

Merrill, Jones, Whiteside & Allen, of Anniston, for petitioner.

BRICKEN, P. J.
Petition dismissed by petitioner.